UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:97-CR-00043(1)-ADA |
| | § | |
| (1) DARWIN SHASHOAN RICE | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  August 22, 2024

the United States Probation Office filed a Petition For Warrant or Summons For

Offender Under Supervision for Defendant (1) DARWIN SHASHOAN RICE, which

alleged that Rice violated a condition of his supervised release and recommended that

Rice 's supervised release be revoked (Clerk's  Document No. 50).  A warrant issued and

Rice was arrested.  On September 6, 2024, Rice appeared before a United States

Magistrate Judge, was ordered detained, and a revocation of supervised release hearing

was set.

Rice appeared before the magistrate judge on November 4, 2024, waived his right

to a preliminary hearing and to be present before the United States District Judge at the

time of modification of sentence, and consented to allocution before the magistrate judge.

 Following the hearing, the magistrate judge signed his report and recommendation on

November 15, 2024, which provides that having carefully considered all of the arguments

and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Rice, the magistrate judge recommends that this court

revoke Rice supervised release and that Rice be sentenced to imprisonment for

TWENTY ONE (21) months, with no term supervised  release to follow the term of

imprisonment. The sentence should run concurrent to any state sentence arising

from the events alleged in the petition. (Clerk's  Document  No. 69).

A party may serve and file specific,  written  objections to the proposed  findings

and recommendations of a magistrate  judge within fourteen  days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by

the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to

timely file written  objections to the proposed findings, conclusions, and recommendation

in a report and recommendation bars that party, except upon grounds  of plain error, from

attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions

accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th

Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences

of a failure to file objections.

On November 4, 2024, following the hearing on the motion to revoke supervised

release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To

Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No.

67). The court, having reviewed the entire record  and  finding no plain  error, accepts

and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 69 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) DARWIN SHASHOAN RICE's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) DARWIN SHASHOAN RICE be imprisoned for TWENTY ONE (21) months with no term of supervised release. The sentence shall run concurrent to any state sentence arising from the events alleged in the petition.

Signed this 19th day of November, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE